**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03904-GPG-CYC

BAHADER KHAN BAHER,

     Petitioner,

v.

TODD LYONS,
   *Acting Director,*
ROBERT GUADIAN,
   *Field Director of Denver Office,*
JUAN BALTASAR,
   *Aurora ICE P.C. Warden*

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 29] entered  by United States District Judge Gordon P.

Gallagher on May 6, 2026, and supplemented by the Status Report [D. 35] filed by Respondents,

it is

ORDERED that Respondents complied with the Order [D. 29] and the Court was updated

that Petitioner was released. It is

FURTHER ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 22nd day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
          Deputy Clerk